# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ALEXIS RIVERA, Individually and on Behalf of J.W., an Infant Under Eighteen Years of Age,

Plaintiff

v.

City of New York, et. al.,

Defendant

Civil Action No. CV 13 6340

GLEESON, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The City of New York
NYC Corporation Counsel
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICHARD P. REYES, ESQ. (RR 8457)
299 Broadway, Suite 1501
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: NOV 15 2013

[Stamp: 2013 NOV 26 PM 3:58 CITY OF N.Y. LAW DEPT. OFFICE OF CORP. COUNSEL]

SEP NOV 26 AM 2 26

UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Alexis Rivera

                            Plaintiff,

            -against-                            **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                                          13-CV- 6340

                          Defendants. --

-----------------------------------------------------------------x

I, Ramsey Baines, being duly sworn deposes and says:

1.       I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.       On November 26, 2013, at approximately 3:58 P.M, I served the summons and complaint in this matter on The City Of New York by delivering a copy of same to Window Clerk B.Myzek, a person of suitable age and discretion at defendant's actual place of business within the state, at 100 Church Street, New York, New York.

3.       Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
November 26, 2013,

_____
Ramsey Baines

Sworn to me on  26th   day
Of     November      2013

_____
NOTARY PUBLIC

KATHERINE E. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6288040
Qualified in Kings County
My Commission Expires August 26, 2017